# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                              ORDER VACATING
                                                                    AUTOMATIC STAY
                                                                    Chapter 7
                                                                    CASE 11-24269
                                                                    Bankruptcy Judge
                                                                    Hon. Robert D. Drain

Juanita Strassfield,

                                            Debtor.
------------------------------------------------------------------X

      This matter having come before this Court on motion by McCabe, Weisberg & Conway, P.C., attorneys for the secured party, Wells Fargo Bank N.A. (hereinafter "Creditor"), seeking relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) in order to permit Creditor to foreclose its security interest in the premises described as 11 Shipley Drive, Cortland Manor, New York 10567 and after due notice to the Debtor, Debtor's Attorney, Trustee, and U.S. Trustee, and no objection having been filed, and the motion having been heard on March 15, 2012 and having reviewed the moving papers of Phillip Mahony Esq., member of the law firm of McCabe, Weisberg & Conway, P.C., attorneys for Creditor , pursuant to 11 U.S.C. §362 (d)(1)and (d)(2), it is hereby

      ORDERED, that the Automatic Stay in this case afforded by 11 U.S.C. §362(a) be and it hereby is terminated as to Creditor , so as to permit Creditor  to foreclose its security interest in the property known as 11 Shipley Drive, Cortland Manor, new York 10567, and it is further

ORDERED, that Creditor be awarded $550.00 dollars in reasonable attorney's fees plus reasonable expenses of $150.00 dollars representing the filing fee of this motion to be paid out of any surplus proceeds after the sale; and it is further

ORDERED that F.R.B.P. Rule 4001(a)(3) is not applicable and Creditor may immediately enforce and implement this order granting relief from the automatic stay; and it is further

ORDERED, that Creditor shall account to the Trustee of this estate for any surplus proceeds after sale.

Dated:          , New York
               , 2012

United States Bankruptcy Judge
Honorable Robert D. Drain