# MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

COUNSELORS AT LAW

ONE COMMERCE PLAZA
SUITE 1705
ALBANY, NEW YORK 12260
518-465-5551
FACSIMILE: 518-465-2033

1300 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, DC 20036
202-955-6340
FACSIMILE: 202-223-0358

990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NEW YORK 11530-9194
516-741-6565
FACSIMILE: 516-741-6706
E-MAIL: meyersuozzi@msek.com
WEBSITE: http://www.msek.com

1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NEW YORK 10018-0026
212-239-4999
FACSIMILE: 212-239-131

JIL MAZER-MARINO
CHAPTER 7 TRUSTEE

March 12, 2012

Clerk of the Court
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

    Re:   Juanita Strassfield
           Chapter 7
           <u>Case No.: 11-24269 (RDD)</u>

Dear Sir or Madam:

    I am the Chapter 7 Trustee in the above referenced case. This letter is in reference to the Chapter 7 Trustee's Report of No Distribution docketed on December 22, 2011.

    Please be advised this case has not been fully administered. We respectfully request the Chapter 7 Trustee's Report of No Distribution be withdrawn.

    Thank you for your assistance in this matter.

                                          Very truly yours,

                                          */s/ Jil Mazer-Marino*
                                          Jil Mazer-Marino

JMM/jd

874296