Presentment Date and Time: August 23, 2013 at 12:00 p.m.
Objection Deadline: August 22, 2013 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

---------------------------------------------------------------------x
In re:                                                               :
                                                                     :    Chapter 7
JUANITA STRASSFIELD,                                                 :
                                                                     :    Case No. 11-24269 (RDD)
                                     Debtor.                         :
---------------------------------------------------------------------x

NOTICE OF PRESENTMENT OF
STIPULATION AND ORDER OF SETTLEMENT

**PLEASE TAKE NOTICE** that upon the Stipulation and Order of Settlement (the "Stipulation and Order"), annexed hereto as Exhibit 1, entered into by debtor Juanita Strassfield ("Debtor") and Wells Fargo Bank, N.A. ("Wells Fargo"), the undersigned will present the attached proposed Stipulation and Order to the Honorable Robert D. Drain, United States Bankruptcy Judge, for signature on **August 23, 2013 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that objections to approval of the Stipulation and Order, if any, must be in writing, state with particularity the grounds upon which such objection is based and be filed with the Court and served upon so as to be received by: (a) Garvey Tirelli & Cushner, Ltd., 50 Main Street, Suite 390, White Plains, New York 10606, attorneys for Debtor, and (b) Hogan Lovells US LLP, 875 Third Avenue, New York, New York 10022, attorneys for Wells Fargo, no later than **August 22, 2013 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that if timely objections are not filed, the Court may enter the Stipulation and Order annexed hereto as Exhibit 1 without further papers or without a hearing.

Dated: White Plains, New York
       August 15, 2013

                                           GARVEY TIRELLI & CUSHNER, LTD.

                                           /s/ Linda M. Tirelli
By:   _____
                                          Linda M. Tirelli, Esq.
                                          Garvey Tirelli & Cushner, Ltd.
                                          Westchester Financial Center
                                          50 Main Street, Suite 390
                                          White Plains, NY 10606
                                          Telephone: (914) 946-2200
                                          Facsimile: (914) 946-1300
                                          LindaTirelli@TheGTCFirm.com
                                          *Attorneys for Ms. Juanita Strassfield*